UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALLISON HOOD, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. CV415-215 |
| BURKE COUNTY SCHOOL DISTRICT<br>d/b/a Burke County Public Schools, | ) |
|     Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petition of J. Stephen Mixon of the law firm of Millar & Mixon, LLC, 1691 Phoenix Boulevard, Suite 150, Atlanta, Georgia 30349, for permission to appear pro hac vice on behalf of plaintiff Allison Hood, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter J. Stephen Mixon, as counsel of record for plaintiff Allison Hood, in this case.

**SO ORDERED** this __24th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA